IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEWIS A. HILDERBRAND and MORRIS WRAY DAVIS, JR., on behalf of themselves and all other JR., on behalf of themselves and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> PELHAM TRANSPORTATION CORPORATION, THEODORE J. DEJOURNETTE, JR., and BARBARA J. DEJOURNETTE, <br><br> Defendants. | JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE <br><br> CLASS ACTION <br><br> COLLECTIVE ACTION <br> 29 U.S.C. § 216(b) <br><br> Civil Action No.: <br> 1:20-cv-1020 |

Plaintiffs Lewis A. Hilderbrand and Morris Wray Davis, Jr. and consenting persons Robert Eugene Settle, Adrian Kent Petite, Jr., Anthony V. Slade, Quantez N. Swaringen, and Keith A. Womble (hereinafter referred to as "Plaintiffs" and jointly with Defendants as the "Parties") and Defendants Pelham Transportation Corporation, Theodore J. Dejournette, Jr., and Barbara J. Dejournette (hereinafter referred to as "Defendants" and jointly with Plaintiffs as the "Parties"), by and through their attorneys, hereby move for Court approval of the attached Settlement Agreement, Receipt, and Release of Claims marked as Exhibit A (signed by all Parties) (ECF No. 37-2) under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b) and by Plaintiff Lewis A. Hilderbrand under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 1981, and the common law of wrongful discharge in violation of the public policy detailed in N.C.Gen.Stat. §143-422.2.

In support of this Motion, the Parties rely on the concurrently filed Joint Memorandum of Law in Support of their Joint Motion and the sworn Declaration of Robert J. Willis, co-counsel for the Plaintiffs. *See* ECF No. 38 and ECF No. 37-3.

Wherefore, the Parties respectfully request that their Joint Motion for Approval of FLSA Settlement Agreement (ECF No. 37) be GRANTED by the Court in the manner set forth in the attached proposed Order (ECF No. 37-1) for the reasons set out in the accompanying Memorandum of Law and sworn Declaration of Robert J. Willis, Plaintiff's co-counsel. *See* ECF No. 38 and ECF No. 37-3.

This the 1st day of February, 2022.

| LAW OFFICE OF ROBERT J. WILLIS, P.A. | SMITH, ANDERSON, BLOUNT, DORSETT, MITHCELL & JERNIGAN, L.L.P. |
|---|---|
| BY:/s/ Robert J. Willis<br>Robert J. Willis<br>Co-Counsel for Plaintiffs<br>State Bar No. 10730<br>P.O. Box 1828<br>Pittsboro, NC 27312<br>Tel: (919)821-9031<br>Fax: (919)821-1763<br>Email: rwillis@rjwillis-law.com | BY:/s/ Kerry Shad<br>Kerry Shad<br>Attorney for Defendants<br>State Bar No. 18410<br><br>BY:/s/ Zebulon D. Anderson<br>Zebulon D. Anderson<br>Attorney for Defendants<br>State Bar No. 20831<br>Post Office Box 2611<br>Raleigh, North Carolina 27602-2611<br>Telephone: (919) 821-1220<br>Facsimile: (919) 821-6800<br>Email: zanderson@smithlaw.com |
| CHRIS HAAF LAW PLLC<br><br>BY:/s/ Chris W. Haaf<br>Chris W. Haaf<br>NC Bar #46077<br>Co-Counsel for Plaintiffs<br>2806 Reynolda Road #123<br>Winston-Salem, NC 27106<br>Tel: (336) 354-7643<br>Fax: (336) 770-2781<br>chris@haaflegal.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of February, 2022 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following: Kerry A. Shad, kshad@smithlaw.com; Zebulon D. Anderson, zanderson@smithlaw.com; and Chris W. Haaf, chris@haaflegal.com.

This the 1st of February, 2022.

LAW OFFICE OF ROBERT J. WILLIS, P.A.

/s/Robert J. Willis, Esq.
Attorney at Law
P.O. Box 1828
Pittsboro, NC 27312
(919)821-9031
Fax: (919)821-1763
E-mail: rwillis@rjwillis-law.com
NC State Bar No. 10730
Plaintiffs' Co-Counsel