IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LEWIS A. HILDERBRAND and     )
MORRIS WRAY DAVIS, JR., on    )
behalf of themselves and all  )
other similarly situated      )
persons,                      )
                              )
            Plaintiffs,       )
                              )          1:20-CV-1020
        v.                    )
                              )
PELHAM TRANSPORATION          )
CORPORATION, THEODORE J.      )
DEJOURNETTE, JR., and BARBARA )
J. DEJOURNETTE,               )
                              )
            Defendants.

## JUDGMENT

For the reasons set out in the Memorandum Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED and ADJUDGED that the parties' Joint Motion to Approve FLSA Settlement Agreement (Doc. 38) is GRANTED; the settlement of this FLSA action is APPROVED and the Agreement may be consummated; the above-captioned case is DISMISSED WITH PREJUDICE; and the court will retain jurisdiction for the sole purpose of interpreting and enforcing the settlement.

                                   /s/   Thomas D. Schroeder
                                   United States District Judge

March 22, 2022